IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DAB, INCORPORATED, *et al.*, | ) | 7:16CV5004 |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| SUNBELT RENTALS, INC., | ) | |
| Defendant. | ) | |

IT IS ORDERED that the parties joint stipulation (Filing No. 57), treated as a motion, is granted. Plaintiffs shall have until November 3, 2017, to respond to Defendant's motions for summary judgment (Filing Nos. 49, 51). Defendants shall have until November 16, 2017, to reply.

DATED this 20th day of October, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge